Raymond P. Boucher
Brian M. Bush
BOUCHER, LLP
Herman Moreno
LAW OFFICES OF HERMEZ MORENO, PC
21600 Oxnard Street, Suite 600
Woodland Hills, CA 91367
Telephone: (818) 340-5400
Facsimile: (818) 340-5401

Attorneys for Plaintiffs

KATHLEEN BALES-LANGE, #094765
County Counsel for the County of Tulare
Judith D. Chapman, #169479
Deputy County Counsel
2900 West Burrel, County Civic Center
Visalia, California 93291
Telephone: (559) 733-6263
Facsimile: (559) 737-4319

Attorneys for Defendant County of Tulare

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA – FRESNO

CARLOS CARRASQUILLA, ALBA LYDA CARRASQUILLA,

Plaintiffs,

vs.

TULARE COUNTY, DOES 1-10, Inclusive

Defendants.

**Case Number: 1:15-cv-00740-BAM**

**PARTIES' JOINT STIPULATION AND ORDER TO CONTINUE THE MANDATORY SCHEDULING CONFERENCE HEARING DATE AND EXTEND TIME FOR FILING OF RESPONSE TO THE COMPLAINT**

**Date: September 22, 2015**
**Time: 8:30 a.m.**
**Courtroom: 8**

**Barbara A. McAuliffe**
**U.S. Magistrate Judge**

Plaintiffs, CARLOS CARRASQUILLA and ALBA LYDA CARRASQUILLA by and through their attorneys of record and Defendant, TULARE COUNTY, by and through Tulare County Counsel, Deputy County Counsel, Judith D. Chapman, stipulate as follows:

WHEREAS Defendant was served with the Summons and Complaint on August 27, 2015 and needs time to gather information regarding the Plaintiffs' claims. In order to meaningfully participate in the meet and confer and the scheduling conference and to prepare a proper response to the Complaint;

WHEREAS the parties are required pursuant to Fed. R. Civ. P. (26(f), meet and confer at least twenty-one (21) days prior to the Mandatory Scheduling Conference, the parties agree that counsel for Defendant will be able to meaningfully participate in the conference after she has had time to review the case documents and information.

THEREFORE the parties respectfully request that the time to file a response to the Complaint be extended for 15 days and Mandatory Scheduling Conference currently scheduled for September 22, 2015 at 9:00 a.m. be continued for a period of 30 days.

IT IS SO STIPULATED BY THE ATTORNEYS OF RECORD AND NAMED HEREIN.

Dated: 9-11-2015

LAW OFFICE OF HERMEZ MORENO, PC

_____/s/____________________
Hermez Moreno, Attorney for Plaintiffs

Dated: 09-11-2015

KATHLEEN BALES-LANGE
County Counsel

_____/s/_____________________
Judith D. Chapman, Attorney for Defendant County of Tulare

County Counsel
Tulare County
Visalia, California

**ORDER**

Based on the parties' Stipulation to extend time to file the responsive pleading and Continue Mandatory Scheduling Conference, and good cause appearing, IT IS HEREBY ORDERED that: The Mandatory Scheduling Conference in this matter, currently set for September 22, 2015, is vacated and continued to **October 27, 2015, at 09:00 a.m.,** in Department 8 before Judge McAuliffe. Further, the responsive pleading is now due on or before October 1, 2015.

IT IS SO ORDERED.

Dated**:** **September 17, 2015**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE