# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CARLOS CARRASQUILLA, ALBA LYDA CARRASQUILLA,<br><br>    Plaintiffs,<br><br>    v.<br><br>TULARE COUNTY, DOES 1-10, Inclusive,<br><br>    Defendants. | Case No. 1:15-CV-00740- BAM<br><br>**ORDER**<br><br>Filed Concurrently with Stipulation of the Parties to Substitute Individual Named Defendants For Doe Defendants 1 Through 6 in the Complaint (Dkt. 1)<br><br>The Hon. Magistrate Barbara A. McAuliffe<br><br>Complaint Filed:  May 13, 2015<br>Trial Date:         March 14, 2017 |

///

///

///

Case No. 1:15-CV-00740--BAM

[PROPOSED] ORDER

TO ALL PARTIES:

The Court has reviewed the Stipulation of the Parties to Substitute Individual Named Defendants For Doe Defendants 1 Through 6 in the Complaint (Dkt. 1), and finding good cause thereby Orders as follows:

1. The following individuals shall be substituted in as named defendants in place of DOES 1 through 6 as those fictitious names appear in their respective allegations throughout the Complaint:

DOE 1:   Tulare County Sheriff's Deputy, STACEY ZELLER (#Z5166)
DOE 2:   Tulare County Sheriff's Deputy, SAMUEL ANDERSON
DOE 3:   Tulare County Sheriff's Deputy, MAXWELL VARGAS
DOE 4:   Tulare County Sheriff's Deputy, ROMAN GARCIA
DOE 5:   Tulare County Sheriff's Sgt., SANTOS SALGADO (#S5425)
DOE 6:   Tulare County Sheriff's Deputy, STACY JOHNSON

2. The Clerk shall prepare and issue a Summons for Defendants STACEY ZELLER, SAMUEL ANDERSON, MAXWELL VARGAS, ROMAN GARCIA, SANTOS SALGADO, and STACY JOHNSON.

3. Plaintiffs are ordered to serve the Complaint and Summons upon said Defendants no later than 30 days after the Summons is issued.

IT IS SO ORDERED.

Dated:   **February 8, 2016**         /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE