BOUCHER LLP
21600 Oxnard Street, Suite 600
Woodland Hills, California 91367-4903

1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CARLOS CARRASQUILLA, ALBA LYDA CARRASQUILLA, <br><br>     Plaintiff, <br><br>    v. <br><br> TULARE COUNTY, DOES 1-10, Inclusive, <br><br>     Defendants. | Case No. 1:15-CV-00740--BAM <br><br> **[PROPOSED] ORDER RE: STIPULATION OF THE PARTIES TO CONTINUE EXPERT DISCLOSURE AND SUPPLEMENTAL EXPERT DISCLOSURE DEADLINES** <br><br> Filed Concurrently with Stipulation of the Parties to Continue Expert Disclosure and Supplemental Expert Disclosure Deadlines <br><br> The Hon. Magistrate Barbara A. McAuliffe <br><br> Trial Date:     March 14, 2017 |

1    TO ALL PARTIES:

2        The Court has reviewed the Stipulation of the Parties to Continue Expert

3    Disclosure and Supplemental Expert Disclosure Deadlines (Doc. 30), and finds good

4    cause thereby. The Scheduling Order shall be modified as follows:

5        1.    The Deadline for Expert Disclosures pursuant to FRCP 26(a)(2) shall be

6            continued from July 1, 2016, to August 12, 2016; and

7        2.    The Deadline for Supplemental Expert Disclosures shall be continued

8            from July 22, 2016, to September 2, 2016.

9        3.    All other dates remain as set in the Scheduling Order.

10

11       IT IS SO ORDERED

12   Dated:  __June 15, 2016__          __/s/ Barbara A. McAuliffe__

13                                 UNITED STATES MAGISTRATE JUDGE