# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CARLOS CARRASQUILLA, ALBA LYDA CARRASQUILLA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TULARE COUNTY, DOES 1-10, Inclusive,<br><br>　　　　Defendant. | Case No. 1:15-CV-00740-BAM<br><br>**[PROPOSED]** ORDER<br><br>Filed Concurrently with Proposed Order<br><br>The Hon. Magistrate Barbara A. McAuliffe<br><br>Trial Date:　　None Set |

TO ALL PARTIES:

The Parties, having requested by way of stipulation that this Court issue an order granting a limited continuance of expert disclosure and rebuttal/supplemental report deadlines on the issue of neurology, and for good cause appearing, IT IS HEREBY ORDERED:

1. The deadline for expert disclosures pursuant to Fed. R. Civ. Proc. 26(a)(2) on the issue of neurology only shall be continued from August

12, 2016, to **September 12, 2016**; and

2. The deadline for rebuttal/supplemental expert reports on the issue of neurology only shall be continued from September 2, 2016, **to October 3, 2016**;

3. All other dates and deadlines remain unchanged.

IT IS SO ORDERED.

Dated:  **August 16, 2016**              /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE