KATHLEEN BALES-LANGE, #094765
County Counsel for the County of Tulare
Judy Chapman, # 169479
Deputy County Counsel
2900 West Burrel, County Civic Center
Visalia, California 93291
Phone: (559) 636-4950
Fax: (559) 737-4319
E-mail: jchapman@co.tulare.ca.us

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLOS CARRASQUILLA, et al.<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TULARE COUNTY SHERIFFS, et al.<br><br>　　　　Defendant. | Case Number: 1:15-CV-00740-BAM<br><br>AMENDED STIPULATION TO DISMISS DEFENDANTS FROM THE ABOVE CAPTIONED MATTER AND ORDER THEREON. |

　　　　COMES NOW the Plaintiffs and defendants, by and through respective counsel of record and hereby Stipulate as follows:

　　　　1. Discovery has closed in this matter and based on the findings from such discovery Plaintiffs herein agree that no evidence exists as to liability as to the below listed named defendants. Based on this finding, Plaintiffs agree to dismiss the following defendants, **with prejudice**, from this lawsuit: **Deputy Samuel Anderson, Deputy Roman Garcia, Deputy Maxwell Vargas and Sgt. Santos Salgado.**

　　　　2. In exchange for the above dismissal of the named deputies, the above named defendants, and each of them, agree to waive any and all attorneys' fees and costs and to further wave their right to any malicious prosecution action against the plaintiffs in this matter.

　　　　The parties hereby agree that the filing of this Stipulation shall operate as plaintiffs' request that a dismissal with prejudice be entered, dismissing defendants **Deputy Samuel Anderson,**

**Deputy Roman Garcia, Deputy Maxwell Vargas and Sgt. Santos Salgado** from the above captioned case.

Dated: 11-14-16                     BOUCHER, LLP
                                    LAW OFFICES OF HERMEZ MORENO, PC


                                    ____/s/ Hermez Moreno_____
                                    HERMEZ MORENO
                                    Attorneys for the Plaintiffs.


Dated: 11-14-16                     KATHLEEN BALES-LANGE
                                    Tulare County Counsel


                                    By___ /s/ Judy Chapman_____
                                         Judy Chapman
                                         Deputy County Counsel

Dated: 11-14-16


                                    ____/s/ Samuel Anderson_____
                                    Samuel Anderson
                                    Deputy, Tulare County Sheriff

Dated: 11-4-16


                                    _____/s/ Maxwell Vargas _____
                                    Maxwell Vargas
                                    Deputy, Tulare County Sheriff

Dated: 11-2-16


                                    ___/s/ Roman Garcia_____
                                    Roman Garcia
                                    Deputy, Tulare County Sheriff

Dated: 11-2-16

           ____/s/ Santo Salgado_____
           Santo Salgado
           Sargent, Tulare County Sheriff

**O R D E R**

The Court takes notice of the within Stipulation and hereby orders that **Deputy Samuel Anderson, Deputy Roman Garcia, Deputy Maxwell Vargas and Sgt. Santos Salgado** are **Dismissed** from the lawsuit, that the Dismissal is with Prejudice, and that each a party is to bear their own attorney's fees and costs.

IT IS SO ORDERED.

Dated**:  November 22, 2016**          /s/ *Barbara A. McAuliffe*
                UNITED STATES MAGISTRATE JUDGE