# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS CARRASQUILLA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STACEY ZELLER, et al.,<br><br>Defendants. | Case No.  1:15-cv-00740-BAM<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS BY APRIL 19, 2017 |

The Court conducted a settlement conference in this action on February 22, 2017, at which the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1.      All pending matters and dates in this action are VACATED; and

2.      The parties shall file dispositional documents on or before April 19, 2017.

IT IS SO ORDERED.

Dated:   **February 22, 2017**

UNITED STATES MAGISTRATE JUDGE

1