# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CARLOS CARRASQUILLA, ALBA LYDA CARRASQUILLA,<br><br>    Plaintiff,<br><br>v.<br><br>TULARE COUNTY, DOES 1-10, Inclusive,<br><br>    Defendant. | Case No. 1:15-CV-00740--BAM<br><br>**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>The Hon. Magistrate Barbara A. McAuliffe |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court has reviewed the Stipulation of the Parties seeking dismissal of this entire action with prejudice. Based on the Parties' stipulation, a Full Release of All Claims Agreement ("Release") has been reached and executed by all Parties. The stipulation affirms that the Release was entered into by the Parties in good faith, and the settlement has now been consummated. Pursuant to Rule 41(a)(1)(A)(ii) dismissal pursuant to the Parties' voluntary stipulation is appropriate, and the Court finds good cause to enter an order of dismissal.

The Court ORDERS as follows:

1. This entire action shall be DISMISSED with prejudice;
2. The Parties shall bear their own costs;
3. The Court shall retain jurisdiction for the limited purpose of enforcing the terms of the Release, if necessary; and
4. This dismissal constitutes the final judgment on this matter and the matter is now CLOSED.
5. The Clerk of the Court is instructed to close this case.

**IT IS SO ORDERED.**

Dated: **April 20, 2017** /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE